AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| United States of America | ) |
|---|---|
| v. | ) Case: 1:23-mj-00201 |
| Steven Cook | ) Assigned To : Harvey, G. Michael |
| | ) Assign. Date : 8/10/2023 |
| | ) Description: Complaint W/ Arrest Warrant |
| Defendant | ) |

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)* _____ Steven Cook _____,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment   ☐ Superseding Indictment   ☐ Information   ☐ Superseding Information   ☒ Complaint
☐ Probation Violation Petition   ☐ Supervised Release Violation Petition   ☐ Violation Notice   ☐ Order of the Court

This offense is briefly described as follows:

18 U.S.C. § 111(a)(1) - (Assaulting, Resisting, or Impeding Certain Officers)
18 U.S.C. § 231(a)(3) - Obstruction of Law Enforcement During Civil Disorder,
18 U.S.C. § 1752(a)(1) -Entering or Remaining in any Restricted Building or Grounds Without Lawful Authority.
18 U.S.C. § 1752(a)(2)-(Disorderly and Disruptive Conduct in a Restricted Building or Grounds)
18 U.S.C. § 1752(a)(4) - (Engaging in Physical Violence in a Restricted Building or Grounds)

Date: 08/10/2023

G. Michael Harvey
Digitally signed by G. Michael Harvey
Date: 2023.08.10 11:49:27 -04'00'

*Complainant's signature*

City and state: Washington, D.C.     Honorable G. Michael Harvey,
*United States Magistrate Judge*

---

**Return**

This warrant was received on *(date)* 08-10-2023, and the person was arrested on *(date)* 09-16-2023
at *(city and state)* Leesburg, Virginia.

Date: 09-16-2023

_____
*Arresting officer's signature*

Jesse Lykins, Special Agent
*Printed name and title*