# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| v. | ) No. 23-CR-340 (TNM) |
| | ) |
| STEVEN COOK, | ) |
| | ) |
| Defendant | ) |

## MOTION TO MODIFY CONDITIONS OF RELEASE

Defendant Steven Cook, through undersigned counsel, respectfully submits this Motion to Modify Conditions of Release in the above captioned matter. Mr. Cook is currently restricted to his residence every day from 10:00 p.m. to 6:00 a.m.. Mr. Cook's curfew began on September 20, 2023. This restriction is being monitored via location monitoring. Mr. Cook seeks to modify this special condition to allow him to maintain his new employment starting today, on October 23, 2023.

Mr. Cook was recently hired to work at the Brewer's Alley at 124 N. Market Street Frederick, MD 21701. The restaurant is open until 11:30 p.m. Sunday through Thursday and until 1 a.m. on Friday and Saturday. His duties include side work after his shift that take approximately 1 hour and then it takes him approximately 20 minutes to bike home from work. His schedule for the week is attached. Mr. Cook will not be able to maintain this employment if he has to be in the house by 10:00 p.m. Therefore, Mr. Cook asks the Court to extend his curfew until 3:00am.

Mr. Cook has been fully compliant with his curfew since its imposition on September 20, 2023. Defense counsel has reached out to counsel for the government who takes no position on the matter and defers to pretrial. Defense counsel also reached out to pretrial services but has not yet heard back.

For all of the foregoing reasons, Mr. Cook respectfully requests that this Court modify his conditions of pretrial release, and that his curfew be extended until 3:00am to allow him to maintain his gainful employment.

Respectfully submitted,

A. J. KRAMER
FEDERAL PUBLIC DEFENDER

By: /s/ Alexis Gardner
Alexis Gardner
Assistant Federal Public Defender
625 Indiana Avenue NW
Suite 550
Washington, D.C. 20004
(202) 208-7500
Alexis_gardner@fd.org

