UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| v. ) | No. 23-CR-340 (TNM) |
| ) | |
| STEVEN COOK, ) | |
| ) | |
| **Defendant** ) | |
| _____) | |

## MOTION TO MODIFY CONDITIONS OF RELEASE

Defendant Steven Cook, through undersigned counsel, respectfully submits this Motion to Modify Conditions of Release to allow him to have his passport back temporarily for the purposes of securing a second job. Mr. Cook surrendered his passport pursuant to his pretrial release conditions. He was offered a position at Chipotle and as part of the new hire paperwork, he needs to provide proof of citizenship through either a birth certificate, social security card or passport. After a diligent search, Mr. Cook cannot locate his birth certificate or social security card. Mr. Cook does not pose a risk of flight as he has been in perfect compliance with his pre-trial release. He has been in prompt attendance at every court proceeding in this matter.

Defense counsel has reached out to counsel for the government who takes no position on the matter and defers to pretrial. Pretrial Services Officer Shania Fennell defers to the Court.

For all of the foregoing reasons, Mr. Cook respectfully requests that this Court modify his conditions of pretrial release and temporarily grant him access to his passport so he can attain this second stream of income.

Respectfully submitted,

A. J. KRAMER
FEDERAL PUBLIC DEFENDER

By:  */s/ Alexis Gardner*
Alexis Gardner
Assistant Federal Public Defender
625 Indiana Avenue NW
Suite 550
Washington, D.C. 20004
(202) 208-7500
Alexis_gardner@fd.org