FROM THE DESK OF

## STEVEN COOK

July 11, 2024

Judge Trevor McFadden,
District of Columbia Court,
Constitution Avenue N.W.
Washington D.C.
20001,

Judge Trevor McFadden,

Dear Judge Mcfadden, I am writing to you today with a humble and regretful heart. I'd like to start off about the day of January 6, 2021. When getting on the metro that day to enter Washington D.C. our beautiful capital, I never in my life wanted to cause any harm to anyone, especially a man or woman of the law. I was there that day only to listen to the speeches of the men and women I believe in and use my 1st amendment right to peacefully protest. I have never been to a protest before and i truly did not know what to expect from it all and when i tell you now i truly understand to expect the unexpected, especially with that magnitude of people. I truly wish that day had gone differently and law enforcement respected as they should have been.

My family comes from military and law enforcement and I have grown up to always respect and love them for their service of protecting our country. I never in my life thought that I'd one day be sitting in a federal court on an assault charge of a police officer or any kind of assault for that matter but I am here now and I can not change that mistake, only look forward to correcting and building myself to be a better person through family and Jesus christ. The world was on fire and all I wanted to do was find a way to make it a better place but what I learned is if you are not in the right mindset you might try and do the right thing but only make matters worse for you, your family, and in this case the country itself. It has been a hard burden to bare in these past 3 to almost 4 years but I have been doing the best I can to change that mindset and become a

better person as a whole, though I know there is no perfection and that I sin everyday, i know within myself I will grow everyday and better myself because of those mistakes and sins. I would also like to take this opportunity to say I'd like to apologize to the officers that I had assaulted that day and for any trauma I put him/her family through because I know it's a day that lives in my mind all the time and I can't imagine what it is for the officers and their family's.

I'd like to tell you who I am out of the courtroom and in my community. Ever since I was young I always went for what I wanted in life, I was an athlete ever since I can remember; Football, Baseball, Lacrosse, Track, and Bocce. I also was in Theater arts as well doing plays and chorus since I was in elementary school. In my later years in high school I was in almost every school play, class play, and did show choir all year round, i'd be getting out of football or lacrosse or track and headed straight to rehearsal for whatever show I had coming up, which I believe displays my work ethic. I was also the vice president of an organization called backpack buddies at the age of 16 and our mission was fundraising for food to take to schools for kids who couldn't afford lunches from school or from home, we helped thousands of kids across the county for 2 years. This actually won me a scholarship and an award handed to me by the mayor, it was called the Henry L. Templeton Award, which really helped me afford college which I went to play collegiate football at Salisbury University and Join my Fraternity (Sigma Alpha Epsilon) aka The True Gentlemen, that were founded in 1856 at Alabama University.

I would like to end by saying that I can't wait for my future sir, I've been off alcohol and I can't tell you how much I've seen from doing so. I Have worked very hard in the restaurant industry my entire life and can't wait to have a restaurant of my own one day with a wife and a couple kids. I can't wait to be a husband and father sir, it's been a dream of mine my whole life and can't imagine anything more than planning a amazing future with them.

Through the letters that you have received from my friends, family, and my letter, I hope you can see on July 19th, I was a young man who made a very very big mistake in his life and is ready to take responsibility for those actions, Although i've prayed everyday since I was arrested that I wouldn't be taken from my friends and family and to be able to show the court that I am not a threat to society, and serve whatever is given by you my honor, away from bars and out in this beautiful world that god has created

for us all. Thank you for reading my letter sir. Whatever happens, thank you for your service to this country and god bless America.

    Sincerely,

    Steven Cook